UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LITTLE CAESAR ENTERPRISES, INC.
and LC TRADEMARKS, INC.,

        Plaintiffs,

v.

        Case Number 11-13163
        Honorable David M. Lawson

DIVINE COMMERCIAL ENTERPRISES,
INC., KATHERINE VEGA, THE SNAK
SHAK, CORP., DIVINE PROPERTY
MANAGEMENT, INC., and SOPHIA VEGA,

        Defendants.
_____/

## ORDER STRIKING DEFENDANT'S RESPONSE

This matter is before the Court because Katherine A. Vega, acting on behalf of the defendants, has filed an answer to the complaint in the above-captioned case. The answer is identified as filed on behalf of "Divine Commercial Enterprises Et Al". Katherine A. Vega cannot act on behalf of defendants Divine Commercial Enterprises, Inc., The Snak Shak, Corp., or Divine Property Management, Inc. in this Court. A "corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 202-03 (1993). Further, Katherine A. Vega cannot act on behalf of defendant Sophia Vega in this Court. "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct cases therein." 28 U.S.C.A. § 1654. There is no evidence to suggest that Katherine A. Vega is a licensed attorney or is capable of representing the other defendants. Therefore, the Court must strike Katherine A. Vega's answer with respect to Divine Commercial Enterprises, Inc., The Snak Shak, Corp., Divine Property Management, Inc., and Sophia Vega. These defendants must answer or

otherwise respond to the complaint in due course. However, Katherine A. Vega is entitled to plead and conduct her case on her own behalf. *Ibid*. Therefore, the Court need not strike the defendants' answer with respect to Katherine A. Vega.

Accordingly, it is **ORDERED** that the defendant's answer to the plaintiff's complaint filed on behalf of Divine Commercial Enterprises, Inc., The Snak Shak, Corp., Divine Property Management, Inc., and Sophia Vega [dkt. #8] shall be **STRICKEN** from the record only as it pertains to those parties.

It is further **ORDERED** that the defendant's answer to the plaintiff's complaint filed on behalf of Katherine A. Vega shall remain on the record.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: August 25, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 25, 2011.

s/Deborah R. Tofil  
DEBORAH R. TOFIL